# Exhibit "A"



# Exhibit "B"





the attention it deserves. ... **Face** Cream, Serum, Oils ... Body, **Scrubs** ...

https://www.buzzfeed.com › kaylaboyd › things-youll-be-...

### Just 43 Things You'll Be Really Happy You Bought This Spring

900 × 899 · May 15, 2021 — Simply twist the bottom of the pen, apply **using** the soft brush tip, ... Promising review: "I know as **women** of color we worry about that ...

https://www.cosmeticsbusiness.com › ... › Digital › Retail